### [Bellingham Executors v. Smith]

Mʳ John Oxenbridge mʳ James Allen & mʳ Anthony Stoddard Executoʳˢ to the last will of Richard Bellingham Esqʳ plaintiffes contᵃ Leiftenant John Smith of Winnisimmet Defendᵗ in an action of the case for not paying unto them the Summe of one hundred pounds for Rent due for the Farme & Ferry at Winnisimmet for the two yeares last past according to an agreement made the thirtieth of January 1664. & all due damages according to Attachment Dat. Aprill 11ᵗʰ 1673. . . . The Jury . . . founde for the plaintiffs one hundred pound's & costs of Court. The Defendᵗ appealed from the Judgment of this Court at the next Court of Assistants and gaue bond to prosecute: The saide Leifᵗ John Smith as principle in two hundred pounds

m$^r$ Richard Wharton & m$^r$ John Osborne as Sureties in one hundred pounds apeice acknowledged themselves respectively bound . . . that the saide John Smith should prosecute his appeale . . .

[For an introduction to Bellingham will case, see note to Wharton's Presentment, above, p. 228. The result of the appeal of this case to the Court of Assistants appears in the following record (S. F. 1220):

At a Court of Assistants held at Boston 2$^d$ September. 1673.

L$^t$ John Smith Pl$^t$ against M$^r$ John Oxenbridge, M$^r$ James Allen and M$^r$ Anthony Stoddard Executors to the Last will of Richard Bellingham Esq$^r$  In an Action of Appeal from the Judgment of the last County Court in Boston . . . The Jury brought in . . . a Special Verdict.  If he that is an Executor to a part of an Estate disposed of by Will be a legal Executor to the whole of that Estate tho never disposed of by Will then the Jury find for the Defendants Confirmation of the former Judgment & Cost of Courts, otherwise for the p$^{lt}$ Revertion of the former Judgment & Cost of Courts.  The Magistrates find for the Defend$^{ts}$ Confirmation of the former Judgment & Costs of Courts fifty Seven Shillings . . . ]